■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLAS WILLIAMS, Appellant. [816 NYS2d 564]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered April 27, 2004, convicting him of kidnapping in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARRY GENE RHODES, on Behalf of VITALY IVANITSKY, Petitioner, v WARDEN LAMONT, Respondent. [815 NYS2d 487]—Writ of habeas corpus in the nature of an application for bail reduction upon Kings County indictment No. 1634/06.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Schmidt, J.P., Ritter, Santucci and Lunn, JJ., concur.